Certificate Number: 13858-GAN-DE-040719781

Bankruptcy Case Number: 26-51073



13858-GAN-DE-040719781

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2026, at 1:52 o'clock PM EDT, Latoya Natisha Turner completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   March 11, 2026             By:    /s/Chloe Reardon

                                   Name:  Chloe Reardon

                                   Title: Counselor