**IT IS ORDERED as set forth below:**

**Date: March 27, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LaToya Natisha Turner, | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) CASE NO. 26-51073-sms |
| Home SFR Borrower, LLC | ) CHAPTER 7 |
| | ) |
|      Movant. | ) Judge Sage M. Sigler |
| | ) |
| V. | ) CONTESTED MATTER |
| | ) |
| LaToya Natisha Turner, Debtor(s), | ) |
| Jason L. Pettie, Trustee | ) |
| Respondents. | ) |
| | ) |
| | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On March 3, 2026, Home SFR Borrower, LLC, (hereinafter, "Movant") filed a Motion

For Relief From Automatic Stay (Doc. No. 12) (the "Motion"). The Motion concerns rented real property known as 1015 Redan Trace, Stone Mountain, GA 30088 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

2

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339
Chapter 7 Trustee

LaToya Natisha Turner, Debtor
1015 Redan Trace
Stone Mountain, GA 30088

LaToya Natisha Turner, Debtor
6785 Dogwood Point Ln
Tucker, GA 30084

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-51073-sms

Latoya Natisha Turner                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Mar 27, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Latoya Natisha Turner, 6785 Dogwood Point Ln., Tucker, GA 30084-1240

    + LaToya Natisha Turner, 1015 Redan Trace, Stone Mountain, GA 30088-2941

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Jason L. Pettie

    jpettie@taylorduma.com  GA25@ecfcbis.com;jp@trustesolutions.net

Matthew Franklin Totten

    on behalf of Creditor Home SFR Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee

    ustpregion21.at.ecf@usdoj.gov

Stanley J. Kakol, Jr.

    on behalf of Debtor Latoya Natisha Turner documents@sjklawfirm.com
    KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com

TOTAL: 4