## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)

**Latoya Natisha Turner**
6785 Dogwood Point Ln.
Tucker, GA 30084

**xxx−xx−3712**

Case No.: **26−51073−sms**
Chapter:  **7**
Judge:  **Sage M. Sigler**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Sage M. Sigler_

_____

Sage M. Sigler
United States Bankruptcy Judge

Dated:   May 4, 2026

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-51073-sms

Latoya Natisha Turner                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: admin                                    Page 1 of 3

Date Rcvd: May 04, 2026                   Form ID: 182                              Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Latoya Natisha Turner, 6785 Dogwood Point Ln., Tucker, GA 30084-1240 |
| cr | + | Home SFR Borrower, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25685630 | | Esusu, Attn: Bankruptcy Dept, 200 Broadway, 3rd Floor, Suite 209, New York, NY 10038 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | May 05 2026 00:48:00 | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 05 2026 00:48:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25685617 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 04 2026 21:15:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25685618 | + | Email/Text: bncnotifications@pheaa.org | May 04 2026 21:05:00 | American Education Services, Aes Credit, Attn: Bankruptcy, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 25685619 | + | Email/Text: rm-bknotices@bridgecrest.com | May 04 2026 21:06:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 25685620 | + | EDI: AGFINANCE.COM | May 05 2026 00:48:00 | Brightway/onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 25685622 | | Email/Text: cfcbackoffice@contfinco.com | May 04 2026 21:05:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 25685621 | + | EDI: CAPONEAUTO.COM | May 05 2026 00:48:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 25685623 | + | Email/Text: bankruptcy@credencerm.com | May 04 2026 21:06:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25685624 | + | Email/Text: bankruptcynotices@current.com | May 04 2026 21:05:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 25685627 | | EDI: DISCOVER | May 05 2026 00:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 25685625 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 04 2026 21:06:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25685626 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 04 2026 21:06:00 | Deptednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 25685628 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 04 2026 21:06:00 | Dpednelnet, Po Box 82561, Lincoln, NE |

District/off: 113E-9 | User: admin | Page 2 of 3
Date Rcvd: May 04, 2026 | Form ID: 182 | Total Noticed: 33

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 25685629 | + Email/Text: EBN@edfinancial.com | May 04 2026 21:04:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 25685631 | + EDI: AMINFOFP.COM | May 05 2026 00:48:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 25685632 | EDI: GADEPTOFREV | May 05 2026 00:48:00 | Georgia Department of Revenue, Compliance Division, ARCS-Bankruptcy, 1800 Century Blvd, N.E. Ste 9100, Atlanta, GA 30345 |
| 25685633 | + Email/Text: bknotices@progressresidential.com | May 04 2026 21:06:00 | Home SFR Borrower, LLC, 7500 N. Dobson Rd., Suite 300, Scottsdale, AZ 85256-2727 |
| 25685634 | + EDI: LCIICSYSTEM | May 05 2026 00:48:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 25685635 | EDI: IRS.COM | May 05 2026 00:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25685636 | + Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 21:15:45 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 25685637 | + Email/Text: bankruptcy@marinerfinance.com | May 04 2026 21:05:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 25685638 | + Email/Text: bankruptcydpt@mcmcg.com | May 04 2026 21:06:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25685639 | + EDI: NFCU.COM | May 05 2026 00:48:00 | Navy Federal Credit Union, Attn: Bankruptcy Dept, PO Box 3000, Merrifield, VA 22119-3000 |
| 25685640 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 04 2026 21:06:00 | Nelnet, Attn: Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 25685641 | Email/Text: bankruptcy@springoakscapital.com | May 04 2026 21:04:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 25685642 | + EDI: SYNC | May 05 2026 00:48:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 25685643 | Email/Text: bkinfo@ccfi.com | May 04 2026 21:06:00 | Title Bucks, 5309 Jimmy Carter Blvd., Norcross, GA 30093 |
| 25686721 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | May 04 2026 21:05:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25685644 | + Email/Text: bk@worldacceptance.com | May 04 2026 21:06:00 | World Acceptance Corp, Attn: Bankruptcy Department, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 113E-9                          User: admin                              Page 3 of 3
Date Rcvd: May 04, 2026                       Form ID: 182                             Total Noticed: 33

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Jason L. Pettie
jpettie@gordonpettie.com  GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com

Matthew Franklin Totten
on behalf of Creditor Home SFR Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Stanley J. Kakol, Jr.
on behalf of Debtor Latoya Natisha Turner documents@sjklawfirm.com
KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com

TOTAL: 4